# EXHIBIT A

## NICOLE TRUDEAU

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Loud Records LLC | Mobb Deep | It's Mine | Murda Muzik | 293-229 |
| BMG Music | SWV | Anything | It's About Time | 146-905 |
| Arista Records LLC | Adema | The Way You Like It | Adema | 302-233 |
| Warner Bros. Records Inc. | Orgy | Stitches (Demo Version) | Vapor Transmission | 288-413 |
| UMG Recordings, Inc. | Dru Hill | How Deep Is Your Love | Enter the Dru | 290-402 |
| UMG Recordings, Inc. | Mary J. Blige | I Can Love You | Share My World | 238-818 |
| Priority Records LLC | Ice Cube | You Can Do It | War & Peace: Vol. 2 | 287-151 |