**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| LOUD RECORDS, LLC, a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and PRIORITY RECORDS LLC, a California limited liability company, | Civil No. 1:06-cv-549 |
| Plaintiffs, | Judge |
| v. | |
| NICOLE TRUDEAU, | |
| Defendant. | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs LOUD RECORDS, *et al.*, by and through their attorneys, voluntarily dismiss this case with prejudice, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Respectfully Submitted,

Dated: February 9, 2007

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for LOUD RECORDS, LLC; BMG MUSIC; ARISTA RECORDS LLC; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; and PRIORITY RECORDS LLC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** was mailed first-class, postage pre-paid to Ms. Nicole Trudeau, 58 Rosemere Rd, Pawtucket, RI 02861 and to Ms. Jill L. Phillips, Mastors & Servant, 5700 Post Road, East Greenwich, RI 02818 on this __8th___ day of _March______, 2007:

/s/James E. O'Neil, ESq.
James E. O'Neil (RI Bar # 2097)